

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00011-CV |
| Trial Court Cause Number: | 2018-46488 |
| Style: | Richard Andert Robins |
| | v. Commission for Lawyer Discipline *d/b/a* Texas Bar *a/k/a* State Bar of Texas |
| Date motion filed[*]: | September 4, 2019 |
| Type of motion: | Motion for Extension of Time to File Reply Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Reply Brief |

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | July 17, 2019 |
| Number of previous extensions granted: | 2 |
| Date Requested: | September 10, 2019 |

Ordered that motion is:

☒ Granted

If document is to be filed, document due: September 13, 2019

☒ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
☒ Acting individually ☐ Acting for the Court

Date: September 10, 2019